FILED'06 MAY 11 12:34USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NATALIYA POSTOLOVSKA, aka NATALIYA EHRENSTEIN, | Civ. No. 04-6421-HO |
| Plaintiff, | ORDER FIXING AMOUNT OF SANCTIONS AWARD |
| v. | |
| ALLSTATE LIFE INSURANCE COMPANY, | |
| Defendant. | |

Pursuant to the order dated January 17, 2006, and based on Defendant's Statement of Fees and Costs and supporting papers, defendant shall recover of plaintiff Nataliya Postolovska and Walter Ehrenstein, jointly and severally, attorney fees in the amount of $104,863.50, and costs and expenses in the amount of $36,992.77.

IT IS SO ORDERED.

DATED this 10th day of May, 2006.

Michael␣R.␣Hogan
United States District Judge